ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile: (510) 637-3724
    michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREY SHERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Case No. 3:24-CV-07624-PHK<br><br>**JOINT CASE MANAGEMENT STATEMENT AND ORDER** |

Plaintiff and Defendant submit this joint case management statement.

**1.**     **Jurisdiction and Service**

The parties agree that the Court has jurisdiction over this action pursuant to the Freedom of Information Act (FOIA). The parties also agree that venue is proper in the San Francisco Division of the United States District Court for the Northern District of California. Defendant has been served.

**2.**     **Facts**

This FOIA action arises from a FOIA request submitted to Defendant on May 10, 2021 concerning "records related to, *inter alia*, civil rights complaints, the Holocaust, Israel, Zionism, and the Boycott Divestment and Sanctions (BDS) movement." *See* Dkt. 1. Defendant contends that it provided its final response to the FOIA request on December 31, 2024. Certain withholdings and redactions made

pursuant to the FOIA remain in dispute.  On January 22, 2025, Plaintiff provided a partial list of the issues that remain in dispute which Defendant is currently reviewing.

**3.     Legal Issues**

Plaintiff filed the Complaint on November 4, 2024 (*see* Dkt. 1) and Defendant answered on December 6, 2024 (*see* Dkt. 7).  The parties continue to meet and confer regarding disputes over certain withholdings and redactions made pursuant to the FOIA. Plaintiff currently contends that Defendant's search for records was inadequate, but the parties have not begun to meet and confer on this issue.

**4.     Motions**

There are no pending motions.

**5.     Amendment of Pleadings**

The parties do not expect any additional amendments to the pleadings at this time.

**6.     Evidence Preservation**

The parties have reviewed the ESI Guidelines.  The parties are not aware of any evidence preservation issues that may affect this case.

**7.     Disclosures**

The parties agree and stipulate that initial disclosures pursuant to Federal Rule of Civil Procedure 26 are not necessary, as this is a FOIA action in which initial disclosures are typically not needed or required.  Accordingly, the parties respectfully request that the court excuse them from the Rule 26 obligation to exchange initial disclosures. The parties each reserve the right to request initial disclosures if unanticipated issues or disputes arise.

**8.     Discovery**

The parties have not engaged in discovery and do not presently anticipate that discovery will be necessary in this case.

**9.     Class Actions**

Not applicable.

**10.    Related Cases**

There are no related cases.

**11.    Relief**

Plaintiff seeks the following relief from the Court in the Complaint: "declare that the records sought in Plaintiff's FOIA request are public under 5 U.S.C. § 552 and must be disclosed; order Defendant immediately to conduct a thorough search for all records responsive to Plaintiff's FOIA request and to provide the records to Plaintiff within 20 business days of this Court's order; enjoin Defendant from charging Plaintiff search, review, or duplication fees for processing its requests; award Plaintiff the costs of this proceeding, including filing fees, and reasonable attorney' fees as expressly permitted by FOIA; and grant such other and further relief as the Court deems just and proper." *See* Dkt. 1 at pp. 4-5.

Defendant contends that it has completed its response to the FOIA request at issue and denies that Plaintiff is entitled to any further relief. Plaintiff does not agree.

**12.    Settlement and ADR**

The parties continue to meet and confer regarding outstanding disputes and may seek the assistance of the Court regarding an ADR process if these efforts are unsuccessful.

**13.    Consent to Magistrate Judge for All Purposes**

All parties consent to having a Magistrate Judge conduct all further proceedings in this case.

**14.    Other References**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.    Narrowing of Issues**

The parties have not presently identified any issues that can be narrowed by agreement or motion at this time.

**16.    Expedited Trial Procedure**

At this time, the parties do not agree to the Expedited Trial Procedure of this Court.

**17.    Schedule**

The parties request additional time to continue ongoing meet and confer efforts regarding the issues highlighted by Plaintiff in his January 22, 2025 communication, and to endeavor to resolve all

1  other outstanding disputes without judicial intervention.  The parties respectfully request that the Court
2  issue an order directing a status report on these efforts within 60 days of the case management
3  conference to determine the appropriate further action.
4  **18.    Trial**
5       At this time, the parties anticipate this case will predominately involve purely legal issues and
6  will be resolved through negotiations or on summary judgment.
7  **19.    Disclosure of Non-Party Interested Entities or Persons**
8       Plaintiff has no non-party interested entities or persons to disclose.
9       The disclosure requirements of Civil L.R. 3-15 do not apply to Defendant.
10 **20.    Professional Conduct**
11      Both parties and counsel have reviewed the Guidelines for Professional Conduct for the Northern
12 District of California.
13 **21.    Other**
14      At this time, the parties do not believe there are any other matters that relate to the just, speedy
15 and inexpensive disposition of this matter.
16      IT IS SO STIPULATED.
17 DATED:  February 3, 2025                             Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

Attorneys for Defendant

*/s/ Corey Sherman\**

Plaintiff

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
CASE NO. 3:24-CV-07624-PHK

**CASE MANAGEMENT ORDER**

Pursuant to the Joint Case Management Statement, the Court sets the following: the hearing for the Initial Case Management Conference is **VACATED**, the Court **GRANTS** the stipulated case management schedule, the Court **SETS** a further Case Management Conference for **April 10, 2025**, at 1:00 pm, and the Parties are **ORDERED** to file a Joint Case Management Statement **seven (7) days** before the further Case Management Conference.

IT IS SO ORDERED.

Dated: February 5, 2025

_____
UNITED STATES MAGISTRATE JUDGE

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
CASE NO. 3:24-CV-07624-PHK

5