UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREY A. SHERMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendant. | Case No. 24-cv-07624-PHK<br><br>**ORDER GRANTING-IN-PART PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION; CASE MANAGEMENT ORDER**<br><br>Re: Dkt. 12 |

# ORDER

The Court is in receipt of *pro se* Plaintiff Corey Sherman's unopposed Administrative Motion seeking to attend the Initial Case Management Conference currently set for April 8, 2024, remotely, or, in the alternative, seeking to continue the Initial Case Management Conference to June 8, 2025. [Dkt. 12.] Defendant does not oppose the administrative motion and has stipulated to the request. *Id.* Plaintiff Sherman has shown good cause to continue the Initial Case Management Conference. As such, the Administrative Motion is **GRANTED-IN-PART**. The Initial Case Management Conference is **HEREBY RESET** for May 8, 2025, at 1:00 PM, in Courtroom F at the San Francisco Courthouse. The Parties are to file a Joint Initial Case Management Statement by April 24, 2025. No further extensions will be granted absent truly extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: March 27, 2025

_____
PETER H. KANG
United States Magistrate Judge