PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile:  (510) 637-3724
    michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREY SHERMAN, | Case No. 3:24-CV-07624-PHK |
|     Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, | |
|     Defendant. | |

    Pursuant to Local Rule 16-10(d), Plaintiff and Defendant submit this joint case management statement. The prior Joint Case Management Statement dated February 3, 2025 (Dkt. 9) remains accurate. In addition, the parties provide the following updates:

    The parties have continued to engage in productive meet and confer efforts to narrow the issues that remain in dispute. As part of these meet and confer efforts, Defendant produced additional pages subject to redaction on April 16, 2025. The parties respectfully submit that additional time to continue meet and confer efforts would be appropriate to see if all other outstanding disputes can be resolved without judicial intervention.

    At this time, the remaining disputes are as follows:

    1. Whether the Defendant's search for records was "adequate." *Transgender Law Ctr. v.*

*Immigration and Customs Enforcement*, 46 F.4th 771 (9th Cir. 2022).

2. The propriety of the Defendant's claims for exemptions and redactions on production pages: 12-19, 61, 63-64, 69-70, 73-75, 78-79, 83, 86, 99, 103-105, 114, 117, 120-182, and 188-193;

3. The propriety of the Defendant's claims for exemptions and redactions on the Defendant's supplemental production of records from April 21, 2025.

DATED: April 24, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

Attorneys for Defendant

*/s/ Corey Sherman**

Plaintiff

* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:24-CV-07624-PHK

2