CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile:  (510) 637-3724
    michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREY SHERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Case No. 3:24-CV-07624-PHK<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Local Rule 16-10(d), Plaintiff and Defendant submit this joint case management statement. The prior Joint Case Management Statements dated February 3, 2025 (Dkt. 9) and April 24, 2025 (Dkt. 14) remain accurate. In addition, the parties provide the following updates:

The parties have resolved the outstanding disputes identified in the April 24, 2025 case management statement. Additionally, Defendant has identified approximately 50 additional pages of records that were inadvertently not reviewed as part of its initial response and expects to provide these pages to Plaintiff soon. The parties will then meet and confer to determine whether there any disputes with regards to this forthcoming production. Accordingly, the parties respectfully submit that additional time to continue meet and confer efforts would be appropriate to see if there will be any disputes that require judicial intervention with regards to the forthcoming production.

| | | |
|---|---|---|
| 1 | DATED: June 18, 2025 | Respectfully submitted, |
| 2 | | CRAIG H. MISSAKIAN |
| | | United States Attorney |
| 3 | | |
| 4 | | /s/ *Michael A. Keough* |
| | | MICHAEL A. KEOUGH |
| 5 | | Assistant United States Attorney |
| 6 | | Attorneys for Defendant |
| 7 | | */s/ Corey Sherman*\* |
| 8 | | |
| | | Plaintiff |
| 9 | | |

10  \* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:24-CV-07624-PHK

2